UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 25  4 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

VAN CHRISTIAN SCHRYVER,  :
          Plaintiff      :
                         :
     v.                  :   3:02-CV-141 (EBB)
                         :
LARRY MYERS, ET AL.,     :
          Defendants     :
                         :

REFERRAL TO MAGISTRATE JUDGE JOAN GLAZER MARGOLIS

___   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs)

___   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___   A ruling on the following motions which are currently pending (oref):

_X_   A settlement conference (orefmisc./cnf)

**PRISONER IS NOW REPRESENTED BY COUNSEL**

___   A conference to discuss the following: (orefmisc./cnf)

___   Other: (orefmisc./misc)

SO ORDERED this 25th day of May, 2004 at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT