UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB)(JGM) |
| v. | : | |
| LARRY MYERS, ET AL. | : | AUGUST 2, 2004 |

## STATEMENT OF DEATH

Pursuant to the Federal Rules of Civil Procedure, formal notice is hereby provided that defendant Sandra Feinberg is deceased.

                      DEFENDANTS
                      Larry Myers, et al.

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

BY: _____/s/_____
       Matthew B. Beizer
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct16304
       E-Mail:  matthew.beizer@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of August, 2004:

Richard Marquette, Esq.
60 Washington Street
Hamden, CT  06518

_____/s/_____
Matthew B. Beizer
Assistant Attorney General