UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| v. | : | |
| LARRY MYERS, ET AL. | : | DECEMBER 14, 2004 |

**DEFENDANT'S MOTION IN LIMINE**

Pursuant to Fed. Rule Evid. 103(c), the defendant respectfully requests a pre-trial court order restricting the plaintiff's testimony, and evidentiary submissions, to the specific time frame identified by the Court in its ruling on defendant's motion for summary judgment. In support thereof, the defendant submits as follows:

A. In his complaint, the plaintiff asserted a variety of claims against a number of correctional defendants pertaining to the medical treatment he received for his right knee condition after his transfer to Northern Correctional Institution on October 12, 2000.

B. By <u>Ruling on Defendants' Motion for Summary Judgment</u>, dated May 22, 2003, the Court (EBB) dismissed all claims against all of the defendants, except defendants Wollenhaupt and Feinberg, concerning the time period from October 11, 2000 through January 7, 2001.

C. In his complaint, the plaintiff alleges that on two occasions his knee "gave out," causing falls and alleged injuries. Both of these alleged incidents occurred *after January 7, 2001* and according to the Court's ruling on defendants' Motion for Summary Judgment, have been dismissed from this case.

E.  It would be irrelevant, misleading to the jury, and prejudicial to the defendant, for the plaintiff to offer any evidence concerning these alleged incidents or any other incident or occurrence that occurred outside of the specific time period identified by the Court in its ruling.

F.  The defendant acknowledges that some background information, concerning the history of the plaintiff's knee injury and previous medical treatment, is required to provide the jury with the appropriate context for the plaintiff's claim.

WHEREFORE, with the proviso set forth in (F) above, the defendant respectfully requests an order from the Court precluding the plaintiff from offering any evidence concerning any incident or occurrence that occurred outside of the specific time frame identified by the Court from October 11, 2000 to January 7, 2001.

```
                                    DEFENDANT
                                    Patricia Wollenhaupt

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL


                            BY:     _____/s/_____
                                    Matthew B. Beizer
                                    Assistant Attorney General
                                    110 Sherman Street
                                    Hartford, CT  06105
                                    Federal Bar #ct16304
                                    E-Mail:  matthew.beizer@po.state.ct.us
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was hand delivered to the following on this 14th day of December, 2004:

Richard Marquette, Esq.
60 Washington Street
Hamden, CT  06518

                                                /s/
                                      Matthew B. Beizer
                                      Assistant Attorney General