**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| v. | : | |
| LARRY MYERS, ET AL. | : | DECEMBER 14, 2004 |

**DEFENDANT'S PROPOSED VERDICT FORM**

**PART I.    LIABILITY AS TO DEFENDANT WOLLENHAUPT:**

1. Do you find, by a preponderance of the evidence, that the plaintiff's knee condition was a serious medical condition during the time period from October 11, 2000 through January 7, 2001?

    Yes _____    No _____

    If yes, go to question 2. If no, your deliberations are complete. Please sign the verdict form and report your verdict.

2. Do you find, by a preponderance of the evidence, that defendant Wollenhaupt was deliberately indifferent to the plaintiff's serious medical needs?

    Yes _____    No _____

    If your answer to question 1 is yes, go to question 2. If your answer to question 1 is no, you have found that defendant Wollenhaupt did not violate the plaintiff's constitutional rights. Your deliberations are complete. Please sign the verdict form and report your verdict.

3.  Do you find that the acts or omissions of defendant Wollenhaupt were the proximate cause of injuries alleged by the plaintiff?

    Yes _____        No _____

    If your answer to question 2 is yes, go to question 3.  If your answer to question 2 is no, you have found that defendant Wollenhaupt is not liable for violating plaintiff's constitutional rights.  Your deliberations are complete.  Please sign the verdict form and report your verdict.

4.  Do you find that it was objectively reasonable for defendant Wollenhaupt to believe that her actions did not violate the plaintiff's constitutional rights?

    Yes _____        No _____

    If your answer to question 3 is yes, you have found that defendant Wollenhaupt is entitled to qualified immunity, and is not liable to the plaintiff.  Your deliberations are complete.  Please sign the verdict form and report your verdict.  If your answer to question 3 is no, you have found defendant Wollenhaupt liable to the plaintiff and in Part II you will consider what type of damages to award against her.

**PART II     DAMAGES:**

    **A.     Liability:**

You may only award damages if you have found the defendant liable to the plaintiff. Based on your responses to the questions in Parts I, have you found defendant Wollenhaupt liable to the plaintiff?

    Yes _____     No _____

If you answered no, you have found that the defendant is not liable to the plaintiff. Your deliberations are complete. Please sign this verdict form and report your verdict.

If you have answered yes to the above, you have found the defendant liable to the plaintiff. Go to Part B below.

    **B.     Compensatory Damages:**

    1.     Do you find that the plaintiff suffered any actual damages as a result of the violation of his constitutional rights which you have found to have occurred in this case?

        Yes _____     No _____

    2.     If you answered "no" to question 1 above, you have found that the plaintiff has failed to prove any actual damages. You must therefore award nominal damages in the amount of $1.00. Please enter that amount below.

        $ _____

    3.     If you answered "yes" to question 1 above, what amount of money in actual damages is fair and just to compensate the plaintiff for his injuries proximately caused by the defendant(s)?

        $ _____

**C.** **<u>Punitive Damages:</u>**

1. If you have found defendant Wollenhaupt liable to the plaintiff, and keeping in mind my instructions on punitive damages, do you find that defendant Wollenhaupt should be punished or deterred from future misconduct by an award of punitive damages?

Yes _____    No _____

If your answer to question 1 is "yes," what amount of punitive damages should be awarded against defendant Wollenhaupt?

$ _____

When you have finished answering the appropriate questions on this form, you may report your verdict.

This form should be signed and dated by the Jury Foreperson.

_____    _____
Date                                                               Foreperson

                DEFENDANT
                Patricia Wollenhaupt

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

          BY:   /s/_____
                Matthew B. Beizer
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Federal Bar #ct16304
                E-Mail:  matthew.beizer@po.state.ct.us
                Tel.: (860) 808-5450
                Fax: (860) 808-5591

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was hand delivered to the following on this 14th day of December, 2004:

  Richard Marquette, Esq.
  60 Washington Street
  Hamden, CT  06518

                _____/s/_____
                Matthew B. Beizer
                Assistant Attorney General