UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VAN CHRISTIAN SCHRYVER    :    CIVIL NO. 3:02CV141 (EBB)

    v.    :

LARRY MYERS, ET AL.    :    DECEMBER 14, 2004

## DEFENDANT'S EXHIBITS

1. Medical Transfer Summary, October 11, 2000.

2. Clinical Record (Medical), October 12 and 19, 2000.

3. Medical Incident Report, October 20, 2000.

4. Clinical Record (Mental Health), October 11, 12, 15, 18, 19, 20, 25, 26, and 31, 2000; November 7, 8, 16, and 27, 2000; December 14 and19, 2000; January 4 and 12, 2001.

5. Inmate Request Form, November 19, 2000.

6. Inmate Request Form, November 23, 2000.

7. Inmate Request Form, November 27, 2000.

8. Clinical Record (Medical), January 8, 2001.

9. Diagnostic Radiologic Report, January 9, 2001.

10. Diagnostic Radiologic Report, January 26, 2001.

11. Physician's Orders, December 20, 2000, January 4, 8 and 25, 2001.

12. Medication Administration Record, October 2000, November 2000, December 2000.

13. Disciplinary Ticket, Contraband, October 12, 2000.

14. Disciplinary Ticket, Assault, October 19, 2000.

15. Disciplinary Ticket, Sexual Misconduct, October 19, 2000.

16. Administrative Segregation Hearing Packet, October 20, 2000.

17. Plaintiff's Mittimus, various dates.