**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| v. | : | |
| LARRY MYERS, ET AL. | : | DECEMBER 14, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, Patricia Wollenhaupt, has manually filed the following documents:

- Defendant's Exhibits 1 through 17

These documents have not been filed electronically because:

[X] **Medical Records – manual filing only is ordered**
[X] the documents cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANT
Patricia Wollenhaupt

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was hand delivered to the following on this 14th day of December, 2004:

Richard Marquette, Esq.
60 Washington Street
Hamden, CT  06518

_____/s/_____
Matthew B. Beizer
Assistant Attorney General