AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

**FILED** 2004 DEC 22 P 12: 23
U.S. DISTRICT COURT
NEW HAVEN, CT

Schnyver v. Wollenhaupt

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv141 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | R. Marquette | M. Beizer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/21/04 | B. Scott | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 12/21/04 |  |  | Van-Christian Schnyver - McDougall-Walker |
|  | A | 12/21/04 | ✓ | ✓ | Knee Brace |
|  | 1 | 12/21/04 | ✓ | ✓ | Transfer Summary |
|  | 2 | 12/21/04 |  |  | Clinical Record 10/12/00 |
|  | 3 |  |  |  |  |
|  | 4 | 12/21/04 | ✓ | ✓ | Mental Health Notes |
|  | 5 | 12/21/04 | ✓ | ✓ | Inmate Request Form |
|  | 6 | 12/21/04 | ✓ | ✓ | Inmate Request Form |
|  | 7 | 12/21/04 | ✓ | ✓ | Inmate Request Form |
|  | 8 |  |  |  |  |
|  | 9 | 12/21/04 | ✓ | ✓ |  |
| B |  | 12/21/04 | ✓ | ✓ | 1/8/01 Clinical Record |
| ✓ |  | 12/21/04 |  |  | Patricia Wollenhaupt - Somers, CT |

Mistrial declared, parties retained exhibits.

MMR 12/22/04