UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VAN CHRISTIAN SCHRYVER : CIVIL NO. 3:02CV141 (EBB)
v. :
PATRICIA WOLLENHAUPT : JANUARY 28, 2005

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTIONS RE: EXPERT WITNESS

By motions dated January 26, 2005, the plaintiff apparently attempts to disclose an expert witness and seeks an order that the defendant permit this purported expert to examine the plaintiff, an incarcerated inmate. The defendant objects to the plaintiff's motions on the following grounds.

1. Plaintiff's attempt to now involve a purported expert is fatally late. This case has been pending in the District Court for more than three years. In June, 2003, plaintiff's counsel appeared for the then pro se inmate and in October, 2003 filed a number of deposition notices. On December 21, 2004, a jury trial was commenced, and a mistrial ordered. Trial has been rescheduled for March 8, 2005. Now, for the very first time, the plaintiff attempts to involve a purported expert.

2. Plaintiff's attempted disclosure fails to comply with the requirements set forth in Rule 26 of the Federal Rules of Civil Procedure. Specifically, the plaintiff has not complied with Rule 26(a)(2)(B).

3. Plaintiff's purported expert, a chiropractor, is not qualified to serve as an expert in this case.

4. Due to the District Court's ruling on defendant's Motion for Summary Judgment, the plaintiff's purported expert is unable to offer any relevant or material testimony. The District Court determined that the sole issue for trial is the medical treatment provided by the defendant for an approximate three month period of time in 2001. While the plaintiff's purported expert could examine the plaintiff and presumably offer opinion as to the plaintiff's current condition (if he was an orthopedist or other qualified physician), due to the passage of more than three years, plaintiff's purported expert could clearly not offer any opinion as to the causative impact of the treatment provided by the defendant during the pertinent three month period in 2001.

For the foregoing reasons, the defendant urges the Court to deny the plaintiff's motions.

DEFENDANT
Patricia Wollenhaupt

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of January, 2005:

Richard Marquette, Esq.
Marquette Law Partners, LLP
60 Washington Street, 3rd Floor
Hamden, CT  06518


_____/s/_____
Matthew B. Beizer
Assistant Attorney General