```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


VAN CHRISTIAN SCHRYVER,      :
             Plaintiff       :
                             :
                             :
        v.                   :    3:02-CV-141 (EBB)
                             :
                             :
PATRICIA WOLLENHAUPT,        :
             Defendant       :
```

ORDER

At the first trial of this matter, this Court was forced to declare a mistrial when the Assistant Attorney General violated a direct court order, to the extreme prejudice of Plaintiff. Accordingly, it is hereby ORDERED that the State of Connecticut shall reimburse the United States Federal Government for the costs of the second jury selection in the trial of this matter, which jury selection shall take place on March 8, 2005.


                              SO ORDERED

                              _____

                              ELLEN BREE BURNS

                              SENIOR UNITED STATES DISTRICT JUDGE


Dated at New Haven, Connecticut this ___ day of March, 2005.