## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| v. | : | |
| PATRICIA WOLLENHAUPT | : | MARCH 4, 2005 |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) of the Local Rules for the District of Connecticut, the defendant respectfully requests the Court to reconsider its order dated March 1, 2005 for the reasons set forth in the accompanying memorandum.

                                         DEFENDANT
                                         Patricia Wollenhaupt

                                         RICHARD BLUMENTHAL
                                         ATTORNEY GENERAL


BY:      /s/
                                         Matthew B. Beizer
                                         Assistant Attorney General
                                         110 Sherman Street
                                         Hartford, CT  06105
                                         Federal Bar #ct16304
                                         E-Mail:  matthew.beizer@po.state.ct.us
                                         Tel.: (860) 808-5450
                                         Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of March, 2005:

Richard Marquette, Esq.
Marquette Law Partners, LLP
60 Washington Street, 3rd Floor
Hamden, CT  06518

_____/s/_____
Matthew B. Beizer
Assistant Attorney General