UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VAN CHRISTIAN SCHRYVER       :       CIVIL NO. 3:02CV141 (EBB)
          v.                 :
PATRICIA WOLLENHAUPT         :       MARCH 4, 2005

### DEFENDANT'S MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO FILE A MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b), the undersigned defendant requests a two week extension of time, until March 14, 2005, to file a motion for summary judgment. In support thereof, the defendant submits as follows:

A.   As a result of the Ruling on Defendants' Motion for Summary Judgment, dated May 22, 2003, the only issue remaining is whether defendant Wollenhaupt, a correctional nurse, was deliberately indifferent to the plaintiff's serious medical needs concerning his knee condition for the time period from October 11, 2000 through January 7, 2001.

B.   On December 21, 2004, the trial of this matter commenced before a jury. The plaintiff presented his case, which included his testimony and the submission of various exhibits. He then rested his case. At that time, the defendant moved for judgment as a matter of law, pursuant to Rule 50. The Court deferred ruling on that motion. During the presentation of the defendant's case, a mistrial was ordered due to an inadvertent violation of the Court's order on a motion in limine.

C.   Jury selection for the re-trial is scheduled for March 8, 2005.

D.   If the defendant is provided the opportunity to file her motion for summary judgment, the necessity for a new trial will be obviated as it is rather clear from the plaintiff's

case, as well as from the defendant's pertinent evidence, that the plaintiff cannot assert a viable claim against the defendant.

E.   Specifically, <u>inter alia</u>, the uncontroverted evidence demonstrates that defendant Wollenhaupt's only involvement with the plaintiff's medical care during the pertinent three month period of time involved her receipt and response to two inmate request forms. The plaintiff cannot satisfy either the subjective or objective standard to assert a viable Eighth Amendment claim.

F.   If the defendant is provided the opportunity to file her motion for summary judgment, the Court's valuable time and resources will likely not be expended in a second trial.

G.   The undersigned has unsuccessfully attempted to contact plaintiff's counsel concerning his position on this motion.

WHEREFORE, the undersigned defendant respectfully requests a ten day extension of time to file a motion for summary judgment.

DEFENDANT
Patricia Wollenhaupt

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was faxed and mailed to the following on this 4th day of March, 2005:

Richard Marquette, Esq.
Marquette Law Partners, LLP
60 Washington Street, 3rd Floor
Hamden, CT  06518
(203) 288-0283


                                                _____/s/_____
                                                Matthew B. Beizer
                                                Assistant Attorney General