UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| V. | : | |
| LARRY MYERS, ET AL | : | MARCH 14, 2005 |

## MOTION FOR ATTORNEY FEES

Counsel for the Plaintiff requests that this Court order the Defendant to pay the sum of $3,000 as attorney fees due to the Defendant's actions which caused the mistrial in the above matter. Attached is my Affidavit in support hereof.

        PLAINTIFF
        Van Christian Schryver

BY: _____
    Marquette Law Partners, LLP
    60 Washington Avenue, Suite 302
    Hamden, Connecticut 06518
    Tel: (203) 286-6293 · Fax: (203) 288-0283

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 14th day of March, 2005:

Matthew Beizer, Esq.
110 Sherman Street
Hartford, Ct. 06106

        _____
        Richard C. Marquette, Esq.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| VI. | : | |
| LARRY MYERS, ET AL | : | MARCH 14, 2005 |

**AFFIDAVIT**

The undersigned represents under oath as follows:

1. I have been counsel for the plaintiff in this matter, and duly licensed to practice law in this State;

2. On December __, 2004, I appeared in court to select a jury in the above matter. I spent six hours that day preparing for court, being present in court, and reviewing my notes and files before and after court.

3. On December ___, 2004, I appeared in court to prosecute this matter; I spent six hours that day preparing for court, being present in court, and reviewing my files and notes before and after court.

4. This matter ended in a mis-trial because of defendant's non-compliance with this Court's (Burns, J.) explicit motion in limine ruling about the plaintiff's certain action while incarcerated.

5. Because of such non-compliance, I will be required to appear again in court to repeat my efforts heretofore expended.

6. For the foregoing reasons, and in light of the defendant's behavior, I ask that this court award to me attorney fees, calculated as follows: 12 hours at $250/hour, or $3,000.

_____
Richard C. Marquette, Esq.

Sworn to before me on the date hereof.

_____
Notary Public