UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 15 P 1: 08

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| VAN CHRISTIAN SCHRYVER | : | CIVIL NO. 3:02CV141 (EBB) |
| V. | : | |
| LARRY MYERS, ET AL | : | MARCH 14, 2005 |

## MOTION FOR ATTORNEY FEES

Counsel for the Plaintiff requests that this Court order the Defendant to pay the sum of $3,000 as attorney fees due to the Defendant's actions which caused the mistrial in the above matter. Attached is my Affidavit in support hereof.

PLAINTIFF
Van Christian Schryver

BY: _____
Marquette Law Partners, LLP
60 Washington Avenue, Suite 302
Hamden, Connecticut 06518
Tel: (203) 286-6293 · Fax: (203) 288-0283

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 14th day of March, 2005:

Matthew Beizer, Esq.
110 Sherman Street
Hartford, Ct. 06106

_____
Richard C. Marquette, Esq.

FILED 2005 APR 13 P 2: 04 U.S. DISTRICT COURT

[Handwritten margin note: 4/12/05 Denied without prejudice to renewal after plaintiff's period is final.]