IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
VAN CHRISTIAN SCHRYVER         :       3:02 CV 141 (EBB)
:
v.                             :
:
PATRICIA WOLLENHAUPT           :       DATE: APRIL 19, 2005
---------------------------------------------------------x

ORDER

In light of the settlement put on the record this morning and with the permission of Senior U.S. District Judge Ellen Bree Burns, the Order, filed March 2, 2005 (Dkt. #55), is hereby vacated <u>as moot</u>. The Magistrate Judge thanks all counsel and parties for their cooperative efforts in resolving this lawsuit.

Dated at New Haven, Connecticut, this 19th day of April, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge