District of Connecticut

Christian Van Schryver
          Plaintiff

    v.                                             3:02cv141 EBB

Wollenhaupt et al
          Defendant.

### MOTION FOR PAYMENT OF COURT REPORTER FEES

Pursuant to Connecticut Local Rules of Federal Civil Procedure Rule 83.10, the undersigned moves that the court reporter's fees in the above matter be paid from CJA funds. The undesigned recevied a complete copy of the transcript in the above matter.


Dated: May 31, 2005
       New Haven, CT

                                      _____
                                        Richard C. Marquette (Ct07585)
                                        Marquette Law Partners
                                        60 Washington Ave
                                        Hamden, CT 06518
                                        (203)288-6293

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the counsel of record.

                              Matthew Beizer, Esq.
                                Conn. Attorney General
                                110 Sherman Street
                                Hartford, Ct. 06106

                                        _____
                                        Richard C. Marquette
                                        Marquette Law Partners
                                        60 Washington Ave
                                        Hamden, CT 06518