District of Connecticut

Christian Van Schryver
    Plaintiff

v.                        3:02cv141 EBB

Wollenhaupt et al
    Defendant.

## MOTION FOR PAYMENT OF COURT REPORTER FEES

Pursuant to Connecticut Local Rules of Federal Civil Procedure Rule 83.10, the undersigned moves that the court reporter's fees in the above matter be paid from CJA funds. The undesigned recevied a complete copy of the transcript in the above matter.

Dated: May 31, 2005
    New Haven, CT

Richard C. Marquette (Ct07585)
Marquette Law Partners
60 Washington Ave
Hamden, CT 06518
(203)288-6293

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the counsel of record.

Matthew Beizer, Esq.
Conn. Attorney General
110 Sherman Street
Hartford, Ct. 06106

Richard C. Marquette
Marquette Law Partners
60 Washington Ave
Hamden, CT 06518

6/10/05  The motion is granted to the extent that payment shall be made from the Pro Bono Account Funds. So Ordered.