UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VAN-CHRISTIAN SCHRYVER

v.  3:02CV141(EBB)

LARRY J. MYERS,
PATRICIA WOLLENHAUPT,
EDWARD PESANTI, AND
SANDRA FEINBERG

JUDGMENT

Notice was sent to counsel of record on July 14, 2005, pursuant to Local Rule 41(b), indicating that the above-entitled case as to defendant Paticia Wollenhaupt would be dismissed if closing papers were not filed on or before July 21, 2005. To date, no closing papers have been received and no requests for continuance have been received.

On May 22, 2003, a Ruling on Motion for Summary Judgment entered, granting the motion and dismissing defendants Larry J. Myers and Edward Pesanti. On August 3, 2004, a Statement of Death was filed as to defendant Sandra Feinberg.

It is hereby ORDERED and ADJUDGED that judgment is entered for defendants Larry J. Myers and Edward Pesanti and hereby ORDERED that the complaint on file herein as to defendant Patricia Wollenhaupt is dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 9th day of September, 2005.

KEVIN F. ROWE, Clerk

By
    Melissa Ruocco
    Deputy Clerk

EOD: _____